No. 224. KEAHEY v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Grover C. Morris* for petitioner.

No. 226. BRINSON ET UX. v. TOMLINSON, DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Michel G. Emmanuel* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for respondent.

No. 227. COUNTY SCHOOL BOARD OF PRINCE EDWARD COUNTY, VIRGINIA, ET AL. v. ALLEN ET AL. C. A. 4th Cir. Certiorari denied. *Albertis S. Harrison, Jr.,* Attorney General of Virginia, and *Henry T. Wickham* for the Commonwealth of Virginia, and *Archibald G. Robertson, John W. Riely* and *T. Justin Moore, Jr.* for the Prince Edward County School Authorities, petitioners.

No. 230. MOEBUS v. PAUL TISHMAN CO., INC., ET AL. Court of Appeals of New York. Certiorari denied. *Rutherford P. Day* for petitioner. *John P. Smith* for Paul Tishman Co., Inc., et al., and *Harold Shapiro* for Horn Construction Co., respondents.

No. 232. KOBLITZ v. BALTIMORE & OHIO RAILROAD CO. C. A. 2d Cir. Certiorari denied. *Nathan B. Kogan* and *David M. Palley* for petitioner. *John D. Calhoun* for respondent.

No. 242. PETERSON v. SEABOARD MARINE SERVICE CORP. ET AL. C. A. 2d Cir. Certiorari denied. *Louis Bloch* for petitioner. *Charles G. Tierney* for respondents.